# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 19, 2017

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

155846(44)(45)

*In re* PETITION OF ISABELLA COUNTY
TREASURER.

_____

ISABELLA COUNTY TREASURER,
      Petitioner-Appellee,

v

ESTATE OF TIMOTHY SCOTT PUNG,
      Respondent-Appellant.

_____/

SC:  155846
COA:  329858
Isabella CC:  2014-011664-CF

      On order of the Chief Justice, the motion of defendant-appellant to extend the time for filing its reply is GRANTED.  The reply will be accepted as timely filed if submitted on or before July 31, 2017.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 19, 2017



Clerk